# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THETA TAYLOR,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 10-03328-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this case dismissed with prejudice.

DATED: March 18, 2011

                                                        */s/ John E. McDermott*
                                                      JOHN E. MCDERMOTT
                                       UNITED STATES MAGISTRATE JUDGE